**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHEILA PANNOZZO,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:11-1102 |
| v : | (MANNION, M.J.) |
| **AETNA LIFE INSURANCE** : **COMPANY, QUEST DIAGNOSTICS, INC., QUEST DIAGNOSTICS LONG** : **TERM DISABILITY BENEFIT PLAN** : | |
| **Defendants** | |

# O R D E R

A case management conference having been held November 9, 2011, **IT IS HEREBY ORDERED that:**

1. **Dispositive Motions**. Dispositive motions, if any, shall be filed by **February 3, 2012.**

2. **Final Pre-trial Conference**. The final pre-trial conference shall be held on **Friday, May 11, 2012 at 1:30 P.M.** in Courtroom No. 1, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

3. **Non-Jury Trial**. The trial in this case shall begin on **Monday, June 4, 2012 at 9:30 A.M.** in Courtroom No.1, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

The schedule established herein should be followed by all counsel and

parties. Extensions of deadlines will be sparingly granted, and only when appropriate circumstances demand and application is timely made.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States Magistrate Judge**

**DATED: November 16, 2011**
O:\shared\ORDERS\2011 ORDERS\11-1102-03.wpd